# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF NEW YORK  
ALBANY, NEW YORK  
**HON. RANDOLPH F. TREECE, presiding**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: **MAY 2, 2007**  
TIME: **2:15 P.M. - 2:30 P.M.**

COURTROOM DEPUTY: ROBIN HINMAN

INTERPRETER: _____  
(Certified / Non-certified)  
LANGUAGE: _____

**UNITED STATES OF AMERICA**  
vs.  
**PAUL LEMPERLE**, by **GENE PRIMOMO, ESQ.**  
__X__ Federal Public Defender

DOCKET NUMBER: **O7-M-126 RFT**

AUSA, **THOMAS SPINA**, for Government

PROBATION/PRETRIAL OFFICER(s): **CHRISTINE CONNOLLY**

__X__ DATE OF ARREST     SELF SURRENDER 05/02/07

__X__ INITIAL APPEARANCE

__X__ DEFT advised of his rights, maximum penalty and given a copy of the: __X__ CRIMINAL COMPLAINT

__X__ FINANCIAL AFFIDAVIT submitted; Deft asks Court to appoint counsel

__X__ COUNSEL APPOINTED by Court AND defendant is directed to contribute toward the cost of appointed counsel representation in the amount of: $100. per month

__X__ GOVT has no objection to defendant being released with conditions

__X__ FPD concurs with Govt's position to release defendant on conditions

__X__ COURT releases defendant on his own recognizance with Conditions of Release including electronic monitoring

__X__ FPD waives Preliminary Hearing

__X__ SPEEDY TRIAL STIP/ORDER is signed

__X__ DEFT RELEASED