UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,
                        Plaintiff

       V.                             07 MJ 126

PAUL M. LEMPERLE

                       Defendant(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

## OFFICE OF THE FEDERAL PUBLIC DEFENDER

☒    I, the undersigned, hereby appear as Attorney of Record on behalf of the defendant in the above-entitled action.

~ ~ ~ ~ ~

☐    I will appear as counsel for the Defendant. This is the first appearance of counsel from the Office of the Federal Public Defender.

☐    Please accept my appearance as substituted counsel for the Defendant, in place of:

_____ who previously appeared from the Office of the Federal Public Defender on behalf of the Defendant in this case.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Gene V. Primomo                          /s/ Gene V. Primomo
Name (Printed)                             (Signature)

May 3, 2007
(Date)