CJA 7
(Rev. 9/05)

LOCATION CODE __ALBANY 0206__

Docket No. __1:07-M-126 RFT__

**ORDER TERMINATING APPOINTMENT OF COUNSEL and/or AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS**

☐ Check one or both ☒

__U.S.A.__ vs. __PAUL LEMPERLE__

WHEREAS, __GENE PRIMOMO, AFPD__ was appointed as counsel for the above defendant/petitioner, on the __2nd__ day of __May__, 20 __07__; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☒ AUTHORIZED/DIRECTED that such funds in the amount of $ __100.00 per month__ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

**Defendant shall pay the amount of $100 each month until this case has concluded.**

**Check or Money Orders to be made out and mailed to:**

Clerk, U.S. District Court
100 South Clinton Street
Syracuse, New York 13261-7367

Dated this __9th__ day of __July__, 20 __07__.

_____
United States Judge/Magistrate

DISTRIBUTION: COURT'S FILE    COURT APPOINTED COUNSEL    PERSON REPRESENTED    CLERK'S FILE