**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

**UNITED STATES OF AMERICA**,

        v.                                    Criminal No. **1:07-M-126 RFT**

**PAUL M. LEMPERLE**
                          Defendants.

-----------------------------------------------------------------

## ORDER TO SHOW CAUSE

It appears from the docket of this case that the defendant was arrested and released on conditions on **May 2, 2007**, but that no indictment has been returned within thirty days as required by 18 U.S.C. § 3161(b). Accordingly, it is hereby

**ORDERED** that the United States of America shall show cause at a hearing before the undersigned on **January 16, 2008 at 2:00 p.m.** in Courtroom No. 2, James T. Foley U.S. Courthouse, Albany, why an order should not be entered dismissing the complaint in the above captioned case for failure to comply with 18 U.S.C. § 3161(b); and

**IT IS FURTHER ORDERED** that counsel for all parties must attend this proceeding but that the attendance in person of the defendants, while permitted, is not required.

**IT IS SO ORDERED**.

Dated: January 2, 2008
       Albany, New York

                                                    RANDOLPH F. TREECE
                                                    United States Magistrate Judge