

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

*James T. Foley U.S. Courthouse*
*445 Broadway, Room 218*
*Albany, New York 12207*
*(518) 431-0247*
January 3, 2008

Honorable Randolph F. Treece
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
Albany, New York 12207

                Re: **United States v. Paul Lemperle**
                     **07-M-126 (RFT)**

Dear Judge Treece:

    I am writing to inform you that the above-referenced defendant has entered into a written pretrial diversion agreement with this office. In the event he successfully completes said diversion, the government will move to dismiss the complaint. In the meantime, all speedy trial time is excluded. See 18 U.S.C. § 3161(h)(2).

    If you have any questions, please feel free to call me.

                              Very truly yours,

                              GLENN T. SUDDABY
                              UNITED STATES ATTORNEY

                              BY:

                              THOMAS SPINA JR.
                              ASSISTANT U.S. ATTORNEY
                              s/ Thomas Spina Jr.
                              Bar Role Number: 102653
                              United States Attorneys Office
                              James T. Foley U.S. Courthouse
                              445 Broadway
                              Albany, N.Y. 12207
                              Telephone: (518)431-0247
                              Fax: (518)431-0249
                              E-mail: Thomas.Spina@usdoj.gov

cc: Hon. Lawrence K. Baerman, Clerk
    U.S. District Court Clerk, Albany  (Electronic filing)

    Gene Primomo, Esq.                (Electronic service)
    Assistant Federal Public Defender

    Christine Connolly
    Supervisory U.S. Probation Officer